## UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WORLD GTL INC. AND WORLD GTL ST. LUCIA LTD.<br><br>Plaintiff / Petitioner<br><br>vs.<br><br>PETROLEUM COMPANY OF TRINIDAD AND TOBAGO LTD.<br><br>Defendant / Respondent | Cause #:   10 CV 1542<br><br>Affidavit of Service of:<br><br>SUMMONS IN A CIVIL ACTION; COMPLAINT; RULE 7.1 STATEMENT; NOTICE OF CHANGE OF ADDRESS; NOTICE OF ELECTRONIC FILING<br><br>Hearing Date:<br><br>Witness Fee Tendered: |

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all times herein mentioned, ~~a citizen of the United States and~~ *a citizen of Trinidad + Tobago* over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, has the authority to serve pleadings in the State named below, and is competent to be a witness therein.

On the date and time of _Friday 30th April 2010 at 9:50 AM_ at the address of _Petroleum Company of Trinidad + Tobago Ltd Pointe-A-Pierre_ ____ city of _____, county of _____, state of _Trinidad_, this affiant served the above described documents upon:

**PETROLEUM COMPANY OF TRINIDAD AND TOBAGO LTD**

[✓] **Personal Service**

by then and there personally delivering _____ true and correct copy(ies) thereof.

[✓] **Corporate Service**

by then and there personally delivering _____ true and correct copy(ies) thereof, by then presenting to and leaving the same with _Mr. Derrick Redman   General Council_.
<br>*Person Receiving Documents and Their Title*

[ ] **Substituted/Residential Service**

by then and there personally delivering _____ true and correct copy(ies) thereof, by then presenting to and leaving the same with _____, a person of suitable age and discretion who stated the above address to be the residence and usual place of abode of themselves and the subject(s) and/or subjects legal representative listed above.

No information was provided that indicates that the subjects served are members of the U.S. military.

_SELWYN MARK_
*Typed or Printed Name of Process Server*

_Selwyn M__k_
*Server Signature*

Subscribed and Sworn to before me this _30th day of April, 2010, Port of Spain, Trinidad._
a Notary Public in the State of _Trinidad + Tobago_
Residing at _55 Edward Street, Port of Spain, Trinidad, Trinidad + Tobago, West Indies._



ABC Legal Services, Inc.
206 521-9000
Tracking #: 5951055

**ORIGINAL PROOF OF SERVICE**

BRODEGAARD 7 SIMONE, LLC

Page 1 of 1

**Selwyn Mark**
Process Server
23A Boundary Road Ext.
San Juan
738-1949

30th April, 2010

CV2010-1542

### Service on Petroleum Company of Trinidad and Tobago Ltd.

-----oOo-----

I, Selwyn Mark, process server, did on Friday 30th April, 2010 did serve Petroleum Company of Trinidad and Tobago Limited with the following documents:-

1. Summons in a Civil Action;
2. Complaint;
3. Rule 7.1 Statement;
4. Notice of Change of Address; and
5. Notice of Electronic Filing

I went to Petroleum Company of Trinidad and Tobago Limited's Head Office at Pointe-a-Pierre where I met one Mr. Derrick Redman, General Counsel of R.M.C. Petrotrin who accepted service on behalf of Petrotrin. He also endorsed my return copy.

*[signature]*
Selwyn Mark
Process Server

**$400.00**